**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abo Obaida Hussein, ) | No. CV-08-1839-PHX-DGC (MEA) |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Charles L. Ryan, et al., ) | |
| Respondents. ) | |

Petitioner Abo Hussein commenced this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. #1. On October 27, 2009, United States Magistrate Judge Mark Aspey issued a report and recommendation ("R&R") recommending that the petition be denied. Dkt. #28. Petitioner had until November 11, 2009 to file an objection to the R&R. *See* Fed. R. Civ. P. 72(b)(2).

Petitioner has filed no objection. Instead, he has filed a document titled "motion for starss." Dkt. #29. The motion will be denied because the Court cannot determine the relief sought by Petitioner. Petitioner shall have until **December 11, 2009** to file an objection to the R&R.

**IT IS ORDERED:**

1. Petitioner's motion for starss (Dkt. #29) is **denied**.
2. Directing the Clerk to mail Petitioner an additional copy of the R&R (Dkt. #28).

3. Petitioner shall have until **December 11, 2009** to file an objection to the report and recommendation ("R&R") filed by Magistrate Judge Mark Aspey (Dkt. #28).

DATED this 18th day of November, 2009.

_____
David G. Campbell
United States District Judge