**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Abo Obaida Hussein, | ) No. CV-08-1839-PHX-DGC (MEA) |
| Petitioner, | ) **ORDER** |
| vs. | ) |
| Charles L. Ryan, Director of the Arizona<br>Department of Corrections; and the<br>Attorney General of the State of Arizona, | ) |
| Respondents. | ) |

In February 2006, a state court jury convicted Abo Hussein on four counts of sexual contact with a minor. Hussein received a 52-year sentence. The Arizona Court of Appeals affirmed the conviction and sentence. Hussein did not seek review by the Arizona Supreme Court, nor did he seek collateral post-conviction relief.

Hussein commenced this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. #1. United States Magistrate Judge Mark Aspey has issued a report and recommendation ("R&R") that the petition be denied. Dkt. #28. Petitioner has filed objections to the R&R. Dkt. ##31, 34. For reasons that follow, the Court will accept the R&R and deny the petition.

The petition asserts six grounds for relief based on alleged violations of Petitioner's rights under the Fourth, Fifth, Sixth, and Fourteenth Amendments to the United States Constitution. Dkt. #1. The Magistrate Judge finds that each ground for relief is procedurally defaulted because Petitioner did not fairly present his constitutional claims to the state courts,

1  the time to raise those claims in state court has expired, and Petitioner has not shown cause

2  and prejudice or a miscarriage of justice sufficient to overcome the procedural default.

3  Dkt. #28.

4       The Court may accept, reject, or modify the findings and recommendations made by

5  the Magistrate Judge.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  The Court must

6  undertake a de novo review of those portions of the R&R to which specific objections are

7  made.  *Id.*; *see United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

8       While Petitioner continues to assert a denial of his constitutional rights in the state

9  court proceedings (Dkt. #31, 34), he does not object to the Magistrate Judge's finding that

10  each federal claim raised in his habeas petition is barred by procedural default (*see id.*).  The

11  Court will therefore accept the Magistrate Judge's recommendation and deny the petition as

12  procedurally defaulted.  *See Reyna-Tapia*, 328 F.3d at 1121 ("[Section 636(b)(1)] makes

13  clear that the district judge must review the magistrate judge's findings and recommendations

14  de novo *if objection is made*, but not otherwise.") (emphasis in original); *Thomas v. Arn*, 474

15  U.S. 140, 149 (1985) (same).

16       **IT IS ORDERED:**

17       1.    The Magistrate Judge's R&R (Dkt. #28) is **accepted**.

18       2.    The petition for writ of habeas corpus (Dkt. #1) is **denied**.

19       3.    Petitioner's motion for discovery (Dkt. #26) and motion for new trial

20             (Dkt. #32) are **denied**.

21       4.    The Clerk is directed to **terminate** this action.

22       DATED this 21st day of January, 2010.

23

24

25       _____
             David G. Campbell
26           United States District Judge

27

28

- 2 -